IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES KOZLOWSKI, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 3:18-CV-353 |
| | : | (JUDGE MARIANI) |
| JFBB SKI AREAS, INC., d/b/a | : | |
| JACK FROST and BIG BOULDER | : | |
| SKI RESORTS, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW, THIS 13TH DAY OF MAY 2020**, for the reasons set out in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's failure to specifically plead relief in the form of punitive damages in his Amended Complaint (Doc. 24) does not foreclose his ability to seek an award of punitive damages based on his claim for Gross Negligence/Recklessness;

2. Plaintiff's request for financial discovery (Docs. 50, 63) is **DENIED** pursuant to Federal Rule of 16(b)(4);

3. At the trial of the above-captioned matter, Plaintiff is not required to produce evidence of Defendant's wealth to pursue relief in the form of punitive damages.

           ___s/ Robert D. Mariani_____
           Robert D. Mariani
           United States District Judge